UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:13CR205 |
| V. | ORDER |
| VINCENT GORDON | |

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 33) Motion to Seal Defendant's medical records and attaches as Exhibits. Defendant's BOP medical records and his BOP Inmate Profile which contains his Social Security Number in the Government's Response (Doc. No. 32)

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.33) is **GRANTED.**

Signed: October 13, 2021

Frank D. Whitney
United States District Judge